# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KEVIN ROSS**                                                                                          **PLAINTIFF**

**V.**                              **No. 3:21-CV-00186-ERE**

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 18th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1